UNITED STATES BANKRUPTCY COURTT
SOUTHERN DISTRICT OF FLORIDA
WEST PALM BEACH DIVISION

**PAID**
13<u>5916</u>

CASE NO.: 06-12100-BKC-EPK
PROCEEDING UNDER CHAPTER 13

IN RE:

DONALD A. BURKE
XXX-XX-5145
MARGARET L. BURKE
XXX-XX-3568

DEBTORS                    /

U.S. BANKRUPTCY COURT
SO. DIST. ... ... ... ...
OCT 0 5 2011
FILED ___ RECEIVED ___

**NOTICE OF DEPOSIT OF FUNDS WITH THE U.S. BANKRUPTCY COURT CLERK**

**NOTICE IS HEREBY GIVEN THAT:**

The Trustee has a balance of $33.64 remaining in her bank account which represents unpresented checks drawn and mailed to entities pursuant to the final distribution under U.S.C. 726, 1226 or 1326 in a case under Chapter 13 in the above-named case. The Trustee has made a good-faith effort to verify the correct mailing address for said entitiies and to deliver the funds before presenting this notice. More than sufficient time has passed for these checks to be presented for payment.

Attached and made a part of this notice, is a list, pursuant to Bankruptcy Rule 3001, of the names, claim numbers and addresses of the claimants and the amounts to which each is entitled.

**WHEREFORE**, the Trustee hereby gives notice that the above-stated sum has been deposited with the Clerk of the U.S. Bankruptcy Court, Southern District of Florida, to effect closing this estate.

**I HEREBY CERTIFY** that a true and correct copy of the foregoing Trustee's Notice of Deposit of Funds with the U.S. Bankruptcy Court Clerk was mailed to the parties listed on the attached service list this 3rd day of October, 2011.

*/s/ Robin R. Weiner*

ROBIN R. WEINER, ESQUIRE
STANDING CHAPTER 13 TRUSTEE
P.O. BOX 559007
FORT LAUDERDALE, FL 33355-9007
FLORIDA BAR NO. 861154

COPIES FURNISHED TO:
SEE ATTACHED SERVICE LIST

**SERVICE LIST**

<u>DEBTORS</u>
DONALD A. BURKE
MARGARET L. BURKE
30 BUXTON LANE
BOYNTON BEACH, FL 33426

<u>ATTORNEY FOR DEBTORS</u>
ALAN J. FISHER, ESQUIRE
7200 W. CAMINO REAL
SUITE 102
BOCA RATON, FL 33433

ATTACHMENT

# NOTICE OF DEPOSIT OF FUNDS WITH U.S. BANKRUPTCY COURT CLERK

### Attachment - Listing of Claimant

Case Number:   06-12100-BKC-EPK

Creditor No.:  478831

Claimant:      WORLDWIDE ASSET PURCHASING LLC
               C/O WEST ASSET MNGMT INC
               PO BOX 672047
               MARIETTA, GA 30006